In the Matter of the Charges Against JOHN D. W. VEEDER,
a Member of the Bar of this Court.

1.   DISBARMENT PROCEEDINGS—INFORMATION—ESSENTIALS OF.—In stat-
ing the charges in a proceeding to disbar a member of this bar the
information should be specific, definite and certain.

2.   ID.—VERIFICATION OF INFORMATION.—The information must be ver-
ified, but need not be by one having actual knowledge.  When the
verification is by one not having actual knowledge, the sources of
information should be set forth with certainty in the affidavit.

Original proceedings to disbar member of bar.  Opinion
on demurrer to information.  Demurrer sustained in part and
overruled in part.

Facts sufficiently appear in the opinion.

J. G. FITCH, SUMMERS BURKHARDT, W. H. POPE and
E. L. BARTLETT, Solicitor-General, committee.

T. B. CATRON for respondent.

McMILLAN, J.—This is a proceeding to disbar the re-
spondent, and comes before this court on demurrer to the com-
plaint, which sets forth the charges filed by the committee, ap-
pointed by this court, having the matter in charge.

The information is neither as specific nor as definite as
the respondent is entitled to have it made; and
the verification is also defective.

DISBARMENT pro-
ceedings: in-
formation: es-
sentials of.
In disbarment proceedings this court is of
opinion that the nature and gravity of the
charges are of so much moment that in all mat-
ters of this character the charges should be
specific, definite and certain, formally presented and duly ver-
ified.

It is not, however, necessary that the charges should be

made or verified by one having actual knowledge thereof, but may be made upon information and belief; the sources of such information should be definitely set forth in the affidavit or verification.

So much of the demurrer is sustained as is set forth in the fourth and tenth subdivisions thereof, with leave to the committee, who are hereby directed, to file and serve within five days an amended information which shall set forth specifically and definitely upon information and belief, the several charges of misconduct relied upon in this proceeding.

DISBARMENT proceedings: verification of information.

The information shall be verified, and the sources of affiant's information upon which verification is founded shall be definitely and specifically stated in the affidavit of verification as a part thereof. The respondent shall plead to said information within ten days from service thereof upon either the said respondent or his attorney.

Mills, C. J., Parker, McFie, and Crumpacker, JJ., concur.

---

[836.    February 25, 1901.]